UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALVIN SCOTT COREY
               Petitioner
     v.                                    **Judgment in a Civil Case**
P.A. BURT; DR. JUDE O. ONUOHA; MR.
KILPATRICK; A.W. BATES; A.W.
HITCHCOCK; WARDEN STEPHENS; MR.
HENRY
               Respondents                   Case Number: 5:10-HC-2245-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on May 4, 2011, with service on:
Alvin Scott Corey  03098-036, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509 (via U.S. Mail)

May 4, 2011                                                    /s/ Dennis P. Iavarone
                                                                Clerk